**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-20023-ALTMAN/Hernandez**

**VUORI, INC.**,

  *Plaintiff,*

v.

**UNKNOWN REGISTRANTS**
**IDENTIFIED ON SCHEDULE A**,

  *Defendants.*

_____/

## **ORDER**

This matter is before the Court on Plaintiff's Motion to Release Injunction Bond (the "Motion"), [ECF No. 39].[1] For the reasons that follow, the Motion is **GRANTED**.

On January 5, 2026, Plaintiff sued Defendants for copyright infringement under 17 U.S.C. §§ 106, 501, *et seq.* [ECF No. 1]. Shortly thereafter, Plaintiff moved for a temporary restraining order ("TRO"), which the Court granted. [ECF Nos. 11 & 20]. The Court ordered Plaintiff to post a $5,000 bond in connection with the TRO. [ECF No. 20 at 9]. After the Court entered final default judgment in Plaintiff's favor, [ECF No. 37], Plaintiff filed the Motion asking that the Court release the $5,000 bond, [ECF No. 39 at 1].

Under Federal Rule of Civil Procedure 65(c), a court may enter an injunction "only if the movant gives security in an amount that the court considers proper to pay the costs and damages sustained by any party found to have been *wrongfully* enjoined or restrained." (emphasis added). In this case, the matter has concluded, a final permanent injunction has been entered, and no claim has been made on the bond. Nor have any of the Defendants claimed that the Court entered the injunction in

---

[1] The Honorable Roy K. Altman referred the Motion to us. [ECF No. 41].

error, and the time to appeal has lapsed.  *See* Fed. R. App. P. 4(a)(1)(A).  Because there is no longer any risk that Defendants will have been found to have been wrongfully enjoined, the bond may be released.  *Cf. Piambino v. Bailey*, 757 F.2d 1112, 1142–43 (11th Cir. 1985) (finding error in disbursement of bond pending appeal).

Based on the foregoing, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion, [ECF No. 39], is **GRANTED**.

2. The Clerk of Court is **DIRECTED** to release the injunction bond of $5,000 to Womble Bond Dickinson (US) LLP.

**DONE AND ORDERED** in the Southern District of Florida on July 28, 2026.

_____
**YENEY HERNANDEZ**
**UNITED STATES MAGISTRATE JUDGE**

cc:      counsel of record